**Order entered April 22, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00912-CR

### AUSTON BRYCE ARMSTRONG, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 20-00259-86-F**

## ORDER

Before the Court is appellant's April March 19, 2021 unopposed third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on May 18, 2021.

/s/ ERIN A. NOWELL
   JUSTICE